# United States Court of Appeals
## For the First Circuit

**NOTICE TO ALL CM/ECF USERS REGARDING
"NATIVE" PDF REQUIREMENT**

All documents filed electronically with the court must be submitted as "native" Portable Document ("PDF") files. <u>See</u> Rule 1 of the [Administrative Order](#) Regarding Case Management/Electronic Case Files System ("CM/ECF"). A **native PDF file** is created by electronically converting a word processing document to PDF using Adobe Acrobat or similar software. A **scanned PDF file** is created by putting a paper document through an optical scanner. Use a scanner ONLY if you do not have access to an electronic version of the document that would enable you to prepare a native PDF file.

If you fail to file a document in the correct format, you will be asked to resubmit it. Instructions for converting Word or WordPerfect documents to PDF are available on the court's website at [http://www.ca1.uscourts.gov/sites/ca1/files/WP_Conversion.pdf](http://www.ca1.uscourts.gov/sites/ca1/files/WP_Conversion.pdf).