## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  AF Holdings, LLCv. Sandipan Chowdhury et al

District Court Case No.  12cv12105-JLT          District of Massachusetts

Date Notice of Appeal filed  12/16/13          Court of Appeals Case No.  13-2535

Form filed on behalf of  Interested Parties Paul Duffy, Paul Hansmeier and John Steele

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  ✔

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)

### TRANSCRIPT ORDER

Name of Court Reporter

Phone Number of Reporter

A. _____  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify ) _____ | |
| ☐ Other (specify) _____ | |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.

☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Paul Hansmeier          Filer's Signature  /s/ Paul Hansmeier

Firm/Address  Class Justice PLLC, 100 5th St. S. Ste 1900, Minneapolis, MN 55402     Filer's Email address  mail@classjustice.org

Telephone number  612-234-5744          Date mailed to court reporter  n/a

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                    **SEE INSTRUCTIONS ON REVERSE**

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2013, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants.

Daniel G. Booth
Booth & Sweet LLP
32 Essex Street
Cambridge, MA 02139

Paul A. Duffy
Duffy Law Group
13th Floor
Two N. LaSalle Street
Chicago, IL 60602-0000

John L. Steele
1111 Lincoln Road #400
Miami Beach, FL 33139

/s/ Paul Hansmeier