# United States Court of Appeals
## For the First Circuit

—————————————

### DOCKETING STATEMENT

**No.** 13-2535          **Short Title:** AF Holdings, LLC v. Sandipan Chowdhury

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from December 3, 2013
  2. Date this notice of appeal filed December 16, 2013
     If cross appeal, date first notice of appeal filed_____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
  4. Date of entry of order deciding above post-judgment motion_____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
     Time extended to_____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  ☑ Yes     ☐ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  ☐ Yes     ☐ No
        If yes, explain_____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  ☐ Yes     ☐ No
        If yes, explain_____

C. Has this case previously been appealed?  ☐ Yes     ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  ☐ Yes     ☑ No
   If yes, cite the case and manner in which it is related on a separate page.  If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?          ☑ Yes          ☐ No
    If yes, is a transcript necessary for this appeal?          ☐ Yes          ☑ No
    If yes, is transcript already on file with district court?          ☐ Yes          ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

    1.  Adverse party Sandipan Chowdhury
       Attorney Daniel Booth
       Address Booth Sweet LLP, 23R Essex St. Ste 1A, Cambridge, MA 02139
       Telephone 617-250-8629

    2.  Adverse party
       Attorney
       Address
       Telephone

    3.  Adverse party
       Attorney
       Address
       Telephone

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

    1.  Appellant's name Paul Hansmeier
       Address Class Justice PLLC, 100 5th St. S. Ste. 1900, Minneapolis, MN 55402
       Telephone 612-234-5744

       Attorney's name
       Firm
       Address
       Telephone

    2.  Appellant's name Paul Duffy
       Address Duffy Law Group, 2 N. LaSalle Street, 13th Floor, Chicago, IL 60602
       Telephone 312-952-6136

       Attorney's name
       Firm
       Address
       Telephone

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)   ☐ Yes          ☐ No

E.  Were there any in-court proceedings below?          ☐ Yes          ☐ No
    If yes, is a transcript necessary for this appeal?    ☐ Yes          ☐ No
    If yes, is transcript already on file with district court?  ☐ Yes     ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the
    adverse party. Attach additional page if necessary.

    1.  Adverse party_____
        Attorney_____
        Address_____
        Telephone_____

    2.  Adverse party_____
        Attorney_____
        Address_____
        Telephone_____

    3.  Adverse party_____
        Attorney_____
        Address_____
        Telephone_____

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's
    counsel. Attach additional page if necessary.

    1.  Appellant's name John Steele_____
        Address 1111 Lincoln Road, Ste 400, Miami Beach, FL 33139_____
        Telephone 786-571-8131_____

        Attorney's name_____
        Firm_____
        Address_____
        Telephone_____

    2.  Appellant's name_____
        Address_____
        Telephone_____

        Attorney's name_____
        Firm_____
        Address_____
        Telephone_____

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless
relieved by this court.)   ☐ Yes          ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Paul Hansmeier

Date  12/20/13

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2013, I electronically filed the
foregoing document with the United States Court of Appeals for the First Circuit
using the CM/ECF system. Participants in the case who are registered CM/ECF
users will be served by the CM/ECF system. I further certify that some of the
participants in the case are not CM/ECF users. I have mailed the foregoing
document by First-Class Mail, postage prepaid, to the following non-CM/ECF
participants.


Paul A. Duffy
Duffy Law Group
13th Floor
Two N. LaSalle Street
Chicago, IL 60602-0000

John L. Steele
1111 Lincoln Road #400
Miami Beach, FL 33139

AF Holdings, LLC
c/o Mark Lutz
910 West Avenue
Suite 1014
Miami Beach, FL 33139


/s/ Paul Hansmeier