# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 13-2535        **Short Title:** AF Holdings v. Chowdhury

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Sandipan Chowdhury _____ as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

_____        January 20, 2014_____
Signature                               Date

Jason E. Sweet_____
Name

Booth Sweet LLP_____        (617) 250-8619_____
Firm Name (if applicable)               Telephone Number

32R Essex Street_____        (617) 250-8883_____
Address                                 Fax Number

Cambridge, MA 02139_____        jsweet@boothsweet.com_____
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1155137_____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).