**CLERK'S OFFICE**
**UNITED STATES COURT OF APPEALS**
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210

OFFICIAL BUSINESS

Case no. 13-2535
Case opening notice

AF Holdings, LLC
AF Holdings, LLC
c/o Mark Lutz
910 West Avenue
Suite 1004
Miami Beach, FL 33139

NOREC   331393200-1N   12/27/13

NIXIE   331391493-1N   01/08/14
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

M.A.