CLERK'S OFFICE
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY,  SUITE 2500
BOSTON, MA 02210

OFFICIAL BUSINESS

$ 01.40°

Case no. 13-2535
Briefing notice

M.A.

02/13/14

331391482-1N

NIXIE

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

USMS SCREENED

AF Holdings, LLC
AF Holdings, LLC
c/o Mark Lutz
910 West Avenue
Suite 1014
Miami Beach, FL 33139