**BOOTH SWEET LLP**

32R Essex Street Cambridge, MA 02139
T: 617.250.8602 | F: 617.250.8883 | www.boothsweet.com

May 29, 2014

BY ECF FILE

Margaret Carter, Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *AF Holdings, LLC v. Chowdhury*, No. 13-2535 (1st Cir.)

Ms. Carter:

    Appellee submits this letter under Federal Rule of Appellate Procedure 28(j) to advise the Court of the recent opinion filed in *AF Holdings, LLC v. Does 1-1058*, __ F.3d __, No. 12–7135 (D.C. Cir. May 27, 2014).

    The appeal before this Court concerns the relationship between the plaintiff AF Holdings, its counsel Prenda Law, and Appellants, three attorneys associated with Prenda Law. In *AF Holdings, LLC v. Does 1-1058*, the first Prenda Law-related case to reach a federal appeals court, that relationship was discussed at length. *See id.* at 4 (calling the case "a quintessential example of Prenda Law's modus operandi"); *see generally id.* at 2-5. "A full understanding of this case requires knowing something about the lawyer and 'law firm' that initiated it." *Id.* at 2 (noting that AF Holdings was represented by Paul Duffy, who is also one of the Appellants before this Court). The opinion describes Prenda Law as "a 'porno-trolling collective'" in which "Duffy and the other principals of Prenda Law ... 'formed ... AF Holdings,' acquired 'several copyrights to pornographic movies,' then initiated massive 'John Doe' copyright infringement lawsuits." *Id.* at 3 (*quoting Ingenuity 13 LLC v. Doe*, No. 2:12-cv-8333, 2013 U.S. Dist. LEXIS 64564, at *3, *5-6) (C.D. Cal. May 6, 2013)). *See also* Appellee's Addendum at 2. More pointedly, the opinion describes the case as a litigant's attempt to "manipulate judicial procedures to serve their own improper ends." *Id.* at 2.

    A copy of the opinion is attached for the Court's convenience.

Respectfully submitted,

Jason E. Sweet

Attachment

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2014, an electronic PDF of Appellants Citation of Supplemental Authority Rule 28(j) letter was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

I further certify that on May 29, 2014, copies of the Rule 28(j) letter will be served upon each of the other participants in the case who are not on the Notice of Electronic Filing via U.S. mail for delivery within three days to the addresses below.

AF Holdings LLC and Mark Lutz
c/o Mark Lutz
910 West Avenue
Suite 1014
Miami Beach, FL 33139

Paul Duffy
2 N. LaSalle Street
13th Floor
Chicago, IL 60602

John Steele
1111 Lincoln Road
Suite 400
Miami Beach, FL 33139

/s/ Jason E. Sweet