May 29, 2014

Via CM/ECF

Margaret Carter, Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *AF Holdings, LLC v. Chowdhury*, Appellate No. 13-2535

Dear Clerk of Court:

      Federal Rule of Appellate Procedure 28(j) serves the narrow purpose of alerting the Court to newly-issued "pertinent" and "significant authorities". Fed. R. App. P. 28(j) The opinion cited by Chowdhury is neither "pertinent" nor "authoritative" to the issues before this Court—namely, whether a default judgment may be entered against a person who was: (1) never named as a party; (2) served with process; or (3) alleged to have committed any wrongdoing. Indeed, the issues on appeal in the cited opinion were the reach of personal jurisdiction in the digital copyright infringement context and the propriety of mass joinder—not the interrelationships among Duffy, Steele, Hansmeier, AF Holdings LLC and Prenda Law, Inc., as Chowdhury appears to suggest.

      Sincerely,

      /s/ Paul Hansmeier