## BOOTH SWEET LLP

32R Essex Street Cambridge, MA 02139
T: 617.250.8602 | F: 617.250.8883 | www.boothsweet.com

August 1, 2014

BY ECF FILE

Margaret Carter, Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *AF Holdings, LLC v. Chowdhury*, No. 13-2535 (1st Cir.)

Dear Ms. Carter:

    Appellee submits this letter under Federal Rule of Appellate Procedure 28(j) to advise the Court of the recent opinion filed in *Lightspeed Media Corp. v. Anthony Smith, et al.*, __ F.3d __, 2014 U.S. App. LEXIS 14726, Nos. 13-3801 and 14-1682 (7th Cir. July 31, 2014).

    The appeal before this Court concerns the relationship between the plaintiff AF Holdings, its counsel Prenda Law, and Appellants, three attorneys associated with Prenda Law. In *Lightspeed Media Corp.*, the second Prenda Law-related opinion issued by a federal appeals court, that relationship was discussed at length and confirmed once again. *See generally Id.* at 8-9; *id.* at 7 ("Given the close connections among the lawyers, it was reasonable for the court to conclude that service on Duffy would suffice to give notice to Steele and Hansmeier as well."). *See also AF Holdings, LLC v. Does 1-1058*, 752 F.3d 990, No. 12–7135 (D.C. Cir. May 27, 2014) (describing Prenda Law as "a 'porno-trolling collective'" in which "Duffy and the other principals of Prenda Law … 'formed … AF Holdings'). The *Lightspeed Media Corp.* opinion held "Duffy received notice, he was in charge of Prenda Law, and there was evidence that both Steele and Hansmeier were working for Prenda as well." *Id.* at 8. The opinion concludes, "with confidence that notice to Duffy was reasonably calculated to apprise Steele and Hansmeier of the pendency of the motion." *Id.* at 10.

    A copy of the opinion is attached for the Court's convenience.

Respectfully submitted,

Jason E. Sweet
Attachment

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2014, an electronic PDF of Appellant's Citation of Supplemental Authority Rule 28(j) letter was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Jason E. Sweet